Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. _____ |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. ("Teva Branded"), and Norton (Waterford) Ltd. ("Norton") submit the following statement of their corporate interests:

1. Teva Branded is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), which is a publicly-traded company. Teva Ltd. is the only publicly-traded company that owns 10% or more of Teva Branded.

2. Norton is a private limited company trading, *i.e.*, doing business, as Ivax Pharmaceuticals Ireland and as Teva Pharmaceuticals Ireland (Company No. 100363). Norton is

1

an indirect wholly-owned subsidiary of Teva Ltd., which is a publicly-traded company. Teva Ltd. is the only publicly-traded company that owns 10% or more of Norton.

| | |
|---|---|
| Dated: February 16, 2024 | */s/ Liza M. Walsh* |
| | Liza M. Walsh |
| OF COUNSEL: | Selina M. Ellis |
| | WALSH PIZZI O'REILLY FALANGA LLP |
| David I. Berl | Three Gateway Center |
| Benjamin M. Greenblum | 100 Mulberry Street, 15th Floor |
| Elise M. Baumgarten | Newark, New Jersey 07102 |
| Kathryn S. Kayali | Tel: (973) 757-1100 |
| Ben Picozzi | |
| Ricardo Leyva | *Attorneys for Plaintiffs Teva Branded* |
| Richard Hildreth III | *Pharmaceutical Products R&D, Inc., and* |
| WILLIAMS & CONNOLLY LLP | *Norton (Waterford) Ltd.* |
| 680 Maine Avenue S.W. | |
| Washington, DC 20024 | |
| (202) 434-5000 | |