*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:

\_\_\_\_ Trademarks or  **X** Patents. ( \_\_\_\_ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>2:24–cv–00909–SRC–MAH | DATE FILED<br>2/20/2024 | U.S. DISTRICT COURT<br>NEWARK, NJ |
|---|---|---|
| PLAINTIFF<br>TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. | | DEFENDANT<br>CIPLA USA, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attached<br>Complaint and Exhibits | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| In the above−−entitled case, the following patent(s)/ trademark(s) have been included: | | |
|---|---|---|
| DATE INCLUDED | INCLUDED BY | |
| | \_\_\_ Amendment   \_\_\_ Answer   \_\_\_ Cross Bill   \_\_\_ Other Pleading | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| In the above−−entitled case, the following decision has been rendered or judgement issued: |
|---|
| DECISION/JUDGEMENT |
| |

| CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ William Heim | DATE<br>2/20/2024 |
|---|---|---|

**Copy 1−−Upon initiation of action, mail this copy to Director Copy 3−−Upon termination of action, mail this copy to Director**
**Copy 2−−Upon filing document adding patent(s), mail this copy to Director Copy 4−−Case file copy**