Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) <br><br> **NOTICE OF APPEARANCE** <br><br> *Filed Electronically* |

To:   Clerk, United States District Court
      for the District of New Jersey
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Selina M. Ellis of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., and Norton (Waterford) Ltd. and requests that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: February 26, 2024             By:  *s/Selina M. Ellis*
                                          Selina M. Ellis