Liza M. Walsh
Selina M. Ellis
Hector D. Ruiz
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To:   Melissa E. Rhoads, Clerk
      United States District Court
      for the District of New Jersey
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Hector D. Ruiz of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., and Norton (Waterford) Ltd. and requests that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: March 22, 2024          By:   *s/Hector D. Ruiz*
                                     Hector D. Ruiz