Loly G. Tor
(loly.tor@klgates.com)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001
*Attorney for Defendants Cipla Limited and Cipla USA, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., | : : : : : | Civil Action No. 2:24-cv-00909 (SRC)(MAH) |
| Plaintiffs, | : : | **NOTICE OF APPEARANCE** |
| v. | : : | |
| CIPLA USA, INC. and CIPLA LTD., | : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") are represented by the law firm of K&L Gates, LLP in the above-captioned matter. Loly G. Tor hereby enters her appearance as counsel of record on behalf of Cipla. Accordingly, Cipla respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Loly G. Tor at loly.tor@klgates.com.

Dated: April 22, 2024

Respectfully submitted,

**K&L GATES LLP**

By:  s/ Loly G. Tor
Loly G. Tor (loly.tor@klgates.com)
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001
*Attorney for Defendants*
*Cipla Limited and Cipla USA, Inc.*

507044050.1