

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 13, 2024

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-00909 (SRC-MAH)**

*Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-05856 (SRC-MAH)**

Dear Judge Hammer:

This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in the above-captioned matters. Enclosed for the Court's consideration is a Stipulation and Proposed Order submitted on behalf of the Parties. If the Stipulation and Proposed Order meets with Your Honor's approval, we respectfully request that Your Honor execute and have it entered on the respective dockets.

We thank the Court for its consideration of the attached and are available should Your Honor or your staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: Counsel of Record (via ECF and Email)