Loly Tor (loly.tor@klgates.com)
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

Harold Storey (harold.storey@klgates.com)
(*pro hac vice* application forthcoming)
Elizabeth Weiskopf
(elizabeth.weiskopf@klgates.com)
(*pro hac vice* application forthcoming)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

Anil H. Patel (anil.patel@klgates.com)
(*pro hac vice* application forthcoming)
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Cipla USA, Inc. and Cipla Limited*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-00909 <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br> Hon. Michael A. Hammer, U.S.M.J. <br><br> **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF CIPLA LIMITED AND CIPLA USA, INC.** <br><br> ***Document Electronically Filed*** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla" or "Defendants"), makes the following disclosure statement:

1

1.      Cipla Limited does not have a parent corporation, and no publicly held corporation owns 10% or more of Cipla Limited's stock; and

2.      Cipla USA Inc. is a 100% owned subsidiary of InvaGen Pharmaceuticals, Inc., which is a 100% owned subsidiary of Cipla (EU Limited), which is a 100% owned subsidiary of Cipla Limited.

Dated: July 3, 2024                                  Respectfully submitted,

                                                    **K&L GATES LLP**


                                                    By: /s/ *Loly G. Tor*
                                                    Loly G. Tor (loly.tor@klgates.com)
                                                    One Newark Center, 10th Floor
                                                    Newark, NJ 07102
                                                    (T) 973.848.4026
                                                    (F) 973.848.4001