

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 9, 2024

**VIA ECF**
Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-07162 (SRC-MAH)**

          *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-05856 (SRC-MAH)**

          *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-00909 (SRC-MAH)**

Dear Sir or Madam:

    This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in the above-captioned matters.

    Kindly be advised that the docket for Case No: 2:24-cv-07162 (the "24-7162 Action") currently has no indication that the matter was consolidated with Case No: 2:24-cv-00909 (the "24-909 Action") and Case No: 2:24-cv-05856 (the "24-5856 Action"). Based on Judge Hammer's June 13, 2024 Order (D.E. 10 in the 24-5856 Action and D.E. 13 in the 24-909 Action), the 24-7162 Action (which was referred to in the Order as the "Complaint" in "connection with the '832 patent") was ordered to be consolidated with the 24-909 and 24-5856 Actions. The Complaint for the 24-7162 was filed on June 21, 2024, after the June 13, 2024 Order. Teva respectfully requests that the docket for the 24-7162 Action be updated to reflect that it is a member case to the docket of the 24-909 Action.

    Thank you for your consideration of the attached and we are available should you or your staff have any questions or need anything further.

                                          Respectfully submitted,

                                          *s/ Liza M. Walsh*

                                          Liza M. Walsh

July 9, 2024
Page 2

cc: Counsel of Record (via ECF and Email)