Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Attorneys for Plaintiffs Teva Branded
Pharmaceutical Products R&D, Inc. and
Norton (Waterford) Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated)<br><br>**CERTIFICATION OF DAVID I. BERL IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, David I. Berl, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the District of Columbia. I am a partner of the firm Williams & Connolly LLP, attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the District of Columbia in 2003 and am a member in good standing.

3. I was also admitted to practice and am a member in good standing of the U.S. Court of Appeals for the Federal Circuit (admitted in 2002); the U.S. District Court for District of Maryland (admitted in 2004); the U.S. District Court for the Northern District of California (admitted in 2001); the U.S. District Court for the Central District of California (admitted in 2006); the U.S. District Court for the Eastern District of Wisconsin (admitted in 2009); and the U.S. Patent and Trademark Office (admitted in 2014).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars and Courts in which I am admitted are as follows:

District of Columbia Court of Appeals
Committee on Admissions/COS
430 E Street N.W., Room 123
Washington, DC 20001

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

U.S. District Court for the District of Maryland
101 W. Lombard Street, Suite 4228
Baltimore, MD 21201

U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

U.S. District Court for the Central District of California
3124 North Spring Street, Room 529
Los Angeles, California 90012

U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, Wisconsin 53202

U.S. Patent and Trademark Office

Mail Stop OED
P.O. Box 1450
Alexandria, Virginia 22313

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by my co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all Court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 25, 2024

_____
David I. Berl