Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated)<br><br>**CERTIFICATION OF ELISE M. BAUMGARTEN IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Elise M. Baumgarten, hereby certify and state:

    1.    I am an attorney-at-law admitted to the Bar of the State of New York and to the Bar of the District of Columbia. I am a partner of the firm Williams & Connolly LLP, attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of New York in 2011 and to the Bar of the District of Columbia in 2012 and am a member in good standing.

3. I was also admitted to practice and am a member in good standing of the U.S. Court of Appeals for the Fourth Circuit (admitted in 2011); and the U.S. District Court for the District of Columbia (admitted in 2011).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars and Courts in which I am admitted are as follows:

> Attorney Records
> Supreme Court of the State of New York
> Appellate Division, First Judicial Department
> 41 Madison Avenue - 26th Floor
> New York, New York 10010
>
> District of Columbia Court of Appeals
> Committee on Admissions/COS
> 430 E Street N.W., Room 123
> Washington, DC 20001
>
> U.S. Court of Appeals for the Fourth Circuit
> Lewis F. Powell, Jr. United States Courthouse & Annex
> 1000 - 1100 E. Main Street
> Richmond, Virginia 23219
>
> U.S. District Court for the District of Columbia
> 333 Constitution Avenue, NW
> Washington, DC 20001

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by my co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all Court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 29, 2024

_____
Elise M. Baumgarten