Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Attorneys for Plaintiffs Teva Branded*
*Pharmaceutical Products R&D, Inc. and*
*Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated) <br><br> **CERTIFICATION OF LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in connection with the above-captioned action. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Teva's application for the *pro hac vice* admission of David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali,

Ben Picozzi, Ricardo Leyva, and Richard Hildreth III of the law firm Williams & Connolly LLP, in this matter pursuant to Local Civil Rule 101.1(c).

3. David I. Berl is a partner of the firm Williams & Connolly LLP. Mr. Berl is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of David I. Berl filed simultaneously with these papers.

4. Benjamin M. Greenblum is a partner of the firm Williams & Connolly LLP. Mr. Greenblum is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Benjamin M. Greenblum filed simultaneously with these papers.

5. Elise M. Baumgarten is a partner of the firm Williams & Connolly LLP. Ms. Baumgarten is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Elise M. Baumgarten filed simultaneously with these papers.

6. Kathryn S. Kayali is a partner of the firm Williams & Connolly LLP. Ms. Kayali is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Kathryn S. Kayali filed simultaneously with these papers.

7. Ben Picozzi is an associate of the firm Williams & Connolly LLP. Mr. Picozzi is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Ben Picozzi filed simultaneously with these papers.

8. Ricardo Leyva is an associate of the firm Williams & Connolly LLP. Mr. Leyva is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Ricardo Leyva filed simultaneously with these papers.

9. Richard Hildreth III is an associate of the firm Williams & Connolly LLP. Mr. Hildreth is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Richard Hildreth III filed simultaneously with these papers.

10. I am confident that David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali, Ben Picozzi, Ricardo Leyva, and Richard Hildreth III are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules. I have agreed to work with David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali, Ben Picozzi, Ricardo Leyva, and Richard Hildreth III in this action.

11. I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleagues and will ensure that David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali, Ben Picozzi, Ricardo Leyva, and Richard Hildreth III will comply with Local Rule 101.1(c) should this application be granted.

12. I further agree that I, or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

13. Defendants, through counsel, have consented to the *pro hac vice* admission of David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali, Ben Picozzi, Ricardo Leyva, and Richard Hildreth III.

14.     For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali, Ben Picozzi, Ricardo Leyva, and Richard Hildreth III to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify that the foregoing statements by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements by me are willingly false, that I am subject to punishment.

Dated:  July 30, 2024

s/*Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs*