

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 1, 2024

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* Civil Action No: 2:24-cv-00909 (SRC-MAH) (Consolidated)

*Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* Civil Action No: 2:24-cv-07162 (SRC-MAH)

*Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* Civil Action No: 2:24-cv-05856 (SRC-MAH)

Dear Judge Hammer:

This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in the above-captioned consolidated matter. Pursuant to your Honor's July 24, 2024 Order (D.E. 20), enclosed please find the parties' Joint Discovery Plan for the above-matter.

We are available should Your Honor or Your Honor's staff have any questions and appreciate the Court's attention to this matter. We look forward to discussing this matter with Your Honor at the Initial Conference scheduled for August 5, 2024 at 12:30 p.m.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF & email)