UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.

Plaintiff(s),

v.

CIPLA USA, INC. and CIPLA LTD.,

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 24-909 (consolidated)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____s/Loly G. Tor_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Anil H. Patel

Address: K&L Gates LLP
609 Main Street, Suite 4150
Houston, TX 77002

E-mail: anil.patel@klgates.com

(One email address only)