UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.<br><br>Plaintiff(s),<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 24-909 (consolidated) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                                                         s/ Loly G. Tor
                                                                               Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Elizabeth J. Weiskopf

Address: K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

E-mail: elizabeth.weiskopf@klgates.com

(One email address only)