Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4026
loly.tor@klgates.com
*Defendants Cipla Limited and*
*Cipla USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 24-909 (SRC)(MAH) (consolidated) <br><br> Civil Action No. 24-5856 (SRC)(MAH) <br><br> Civil Action No. 24-7162 (SRC)(MAH) |

**THIS MATTER**, having been brought before the Court upon the application of K&L Gates LLP, counsel for Defendants Cipla Limited and Cipla USA, Inc., in the above-captioned matter, for admission *pro hac vice* of Anil H. Patel, Esq., Harold Storey, Esq., and Elizabeth Weiskopf, Esq., counsel for all parties having consented to the admission *pro hac vice* of Attorneys Patel, Storey, and Weiskopf, and upon good cause appearing;

**IT IS**, on this  2nd  day of    August    , 2024, hereby

**ORDERED** that the application is granted, and Anil H. Patel, Esq., Harold Storey, Esq., and Elizabeth Weiskopf, Esq., are hereby admitted to practice *pro hac vice* before this Court, for

1

all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate with the law firm of K&L Gates LLP, attorneys of record for Cipla Limited and Cipla USA, Inc. who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Anil H. Patel, Esq., Harold Storey, Esq., and Elizabeth Weiskopf, Esq., shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Anil H. Patel, Esq., Harold Storey, Esq., and Elizabeth Weiskopf, Esq., pursuant to Local Civil Rule 101.1(c)(3), shall each make a payment of $250.00 to the Clerk of the Court; and it is further

**ORDERED** that Anil H. Patel, Esq., Harold Storey, Esq., and Elizabeth Weiskopf, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection.

<u>s/Michael A. Hanmmer</u><br>
Hon. Michael Hammer, U.S.M.J.