Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs Teva Branded*
*Pharmaceutical Products R&D, Inc. and*
*Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated) <br><br> *Filed Electronically* |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE***
**ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel, Ricardo Leyva, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Ricardo Leyva to appear *pro hac vice* in the within matter was entered on July 31, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: August 8, 2024

*s/Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor

Newark, NJ 07102<br>
(973) 757-1100

***PRO HAC VICE* ATTORNEY INFORMATION**
Ricardo Leyva
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5225
Email: rleyva@wc.com