**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 12, 2024

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-00909 (SRC-MAH) (Consolidated)**

          *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-05856 (SRC-MAH)**

          *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* **Civil Action No: 2:24-cv-00909 (SRC-MAH)**

Dear Judge Hammer:

    This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in the above-captioned consolidated matters. Pursuant to your Honor's August 5, 2024 Order, enclosed please find the parties' revised Joint Discovery Plan for the above-matters.

    We are available should Your Honor or Your Honor's staff have any questions and appreciate the Court's attention to these matters.

                                 Respectfully submitted,

                                 *s/Liza M. Walsh*

                                 Liza M. Walsh

Encl.
cc:    All Counsel of Record (via ECF & email)