Liza M. Walsh
Selina M. Ellis
Hector D. Ruiz
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) <br><br> **NOTICE OF WITHDRAWAL** <br><br> *Filed Electronically* |

To:   Melissa E. Rhoads, Clerk
      United States District Court for the District of New Jersey
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Hector D. Ruiz of the law firm Walsh Pizzi O'Reilly Falanga LLP withdraws his appearance on behalf of Plaintiffs in the above captioned matter and requests removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP, and that Liza M. Walsh has been duly and properly designated by the Court as the "lead attorney to be noticed" on behalf of Plaintiffs for purposes of the Case Management/Electronic Filing System.

                                                          WALSH PIZZI O'REILLY FALANGA LLP

Dated: September 23, 2024                  By: *s/Hector D. Ruiz*
                                                                 Hector D. Ruiz