| | |
|---|---|
| Liza M. Walsh<br>Selina M. Ellis<br>Christine P. Clark<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br><br>*Attorneys for Plaintiffs*<br>*Teva Branded Pharmaceutical*<br>*R&D Inc. and Norton (Waterford) Ltd.* | Loly G. Tor<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102<br>(T) 973.848.4026<br>(F) 973.848.4001<br><br>*Attorney for Defendants Cipla USA, Inc. and*<br>*Cipla Ltd.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. 24-909 (SRC)(MAH) (consolidated)<br><br>Civil Action No. 24-5856 (SRC)(MAH)<br><br>Civil Action No. 24-7162 (SRC)(MAH) |

**[PROPOSED] STIPULATED ELECTRONICALLY STORED INFORMATION PROTOCOL**

Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. and Defendants Cipla USA, Inc. and Cipla Ltd. by their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court's Amended Scheduling Order requires the parties to meet and confer on an appropriate electronically stored information ("ESI") protocol pursuant to Local Civil Rule 26.1(d), and enter into a mutually acceptable protocol by September 30, 2024.

1

WHEREAS, the parties have met and conferred regarding the terms of a mutually acceptable protocol.

IT IS HEREBY ORDERED:

1. In producing ESI in connection with the above-captioned matters, the parties shall abide by paragraphs 1, 3, and 5 of the Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") of the U.S. District Court for the District of Delaware (the "Default Standard") (Exhibit A).

2. The parties shall exchange disclosures under paragraph 3 of the Default Standard on or before October 18, 2024.

STIPULATED AND AGREED TO BY:

By: *s/ Loly G. Tor*

Loly G. Tor (loly.tor@klgates.com)
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

*Of Counsel*:

Anil H. Patel (anil.patel@klgates.com)
(*pro hac vice*)
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Harold Storey (harold.storey@klgates.com)
(*pro hac vice*)
Elizabeth Weiskopf
(elizabeth.weiskopf@klgates.com)
(*pro hac vice*)

By: *s/Liza M. Walsh*

Liza M. Walsh
Selina M. Ellis
Christine P. Clark
**WALSH PIZZI O'REILLY FALANGA LLP**
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

OF COUNSEL:

David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
Richard Hildreth III
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

*Attorneys for Plaintiffs Teva Branded*

| | |
|---|---|
| **K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>(T) 206.623.7580<br>(F) 206.623.7022<br><br>*Attorneys for Defendants/Counterclaim-Plaintiffs Cipla Ltd. and Cipla USA Inc.* | *Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.* |

IT IS SO ORDERED.

Dated: _____     _____
                                                    Hon. Michael A. Hammer, U.S.M.J.