Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4026
loly.tor@klgates.com

*Attorney for Defendants Cipla Limited and Cipla USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **TEVA BRANDED PHARMACEUTICAL, PRODUCTS LIMITED; NORTON (WATERFORD) LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**CIPLA USA, INC.; CIPLA LTD.,**<br><br>Defendants. | Case 2:24-cv-0909-SRC-MAH (consolidated)<br>Case 2:24-cv-5856-SRC-MAH<br>Case 2:24-cv-7162-SRC-MAH<br><br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J. |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING**
**MODIFICATION OF SCHEDULING ORDER**

WHEREAS, the Scheduling Order the Court entered on August 13 2024 (D.I. 38) and amended on August 26, 2024 (D.I. 42), set the following deadlines and, whereas, Plaintiffs and Defendants have agreed to extend the deadlines as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendants' invalidity and non-infringement contentions (L. Pat. R. 3.4(b), (c) and 3.6(f)) | October 31, 2024 | November 7, 2024 |
| Plaintiffs' infringement contentions and responses to invalidity contentions (L. Pat. R. 3.2 and 3.4A(e)) | December 20, 2024 | January 10, 2025 |
| Exchange of proposed terms for construction (L. Pat. R. 4.1(a)) | January 8, 2025 | January 15, 2025 |
| Exchange of preliminary claim constructions and identify any intrinsic and extrinsic evidence (L. Pat. R. 4.2(c)) | January 22, 2025 | January 27, 2025 |
| Meet and confer to narrow claim construction issues (L. Pat. R. 4.2(d)) | January 29, 2025 | February 3, 2025 |

508582881.3

WHEREAS, no other deadline set forth in the Scheduling Order (D.I. 42) will be modified by this extension;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The deadline to serve invalidity and non-infringement contentions referenced in L. Pat. R. 3.4(b), (c) and 3.6(f) is extended to November 7, 2024.

2. The deadline to serve infringement contentions and responses to invalidity contentions referenced in L. Pat. R. 3.2 and 3.4A(e) is extended to January 10, 2025.

3. The deadline to exchange proposed terms for construction referenced in L. Pat. R. 4.1(a) is extended to January 15, 2025.

4. The deadline to exchange preliminary claim constructions and identify any intrinsic and extrinsic evidence referenced in L. Pat. R. 4.2(c) is extended to January 27, 2025.

5. The deadline to meet and confer to narrow claim construction issues referenced in L. Pat. R. 4.2(d) is extended to February 3, 2025.

Dated: October 29, 2024

Stipulated and agreed to by:

| K&L GATES LLP | WALSH PIZZI O'REILLY FALANGA LLP |
|---|---|
| s/ Loly G. Tor | s/Liza M. Walsh |
| Loly G. Tor | Liza M. Walsh |
| One Newark Center, 10th Floor | Selina M. Ellis |
| Newark, New Jersey 07102 | Christine P. Clark |
| Tel: (973) 848-4026 | Three Gateway Center |
|  | 100 Mulberry Street, 15th Floor |
| *Attorney for Defendants Cipla USA, Inc. and Cipla Ltd.* | Newark, NJ 07102 |
|  | Tel: (973) 757-1100 |
|  | *Attorneys for Plaintiffs Teva Branded Pharmaceutical R&D Inc. and Norton (Waterford) Ltd..* |

2

508582881.3

## ORDER

The above extension is ORDERED GRANTED. The deadlines are extended in accordance with the Parties' stipulation above.

ORDER DATED:

_____
Hon. Michael A. Hammer, U.S.M.J.