# K&L GATES

November 26, 2024

Loly Garcia Tor
Partner
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   *Teva Branded Pharmaceutical Products R&D, Inc. et al. v. Cipla Limited, et al.*
      Case No. 24-909 (SRC)(MAH) (consolidated with No. 24-5856 (SRC)(MAH) and No. 24-7162 (SRC)(MAH))

      **Pro Hac Vice Applications**

Dear Judge Hammer:

On behalf of Defendants Cipla Limited and Cipla USA, Inc., in the above-referenced action, we write to respectfully request that the Court admit Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq. as counsel for Defendants in this action *pro hac vice*. Plaintiffs' counsel has consented to the *pro hac vice* admission of Attorneys Haulcomb, Heemstra, and Gitomer. In support of this application, we enclose the following:

1. Declaration of Melissa M. Haulcomb, Esq.;

2. Declaration of Jonah B. Heemstra, Esq.;

3. Declaration of Rachel A. Gitomer, Esq.;

4. Certification of Loly G. Tor in support of the *pro hac vice* admission of Attorneys Haulcomb, Heemstra, and Gitomer; and

5. A proposed form of order granting the application to admit Attorneys Haulcomb, Heemstra, and Gitomer *pro hac vice* in this action.

2

      Please do not hesitate to contact me with any questions. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

 */s/ Loly Garcia Tor*

Loly Garcia Tor

Enclosures