Loly Tor (loly.tor@klgates.com)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

Anil H. Patel (anil.patel@klgates.com)
(pro hac vice)
**K&L Gates LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Harold Storey
(harold.storey@klgates.com)
(pro hac vice)
Elizabeth J. Weiskopf
(elizabeth.weiskopf@klgates.com)
(pro hac vice)
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED and CIPLA USA, INC., <br><br> Defendants. | Civil Action No. 24-909 (SRC)(MAH) (consolidated) <br><br> Civil Action No. 24-5856 (SRC)(MAH) <br><br> Civil Action No. 24-7162 (SRC)(MAH) <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br> Hon. Michael A. Hammer, U.S.M.J. <br><br> **CERTIFICATION OF LOLY G. TOR IN SUPPORT OF THE ADMISSION *PRO HAC VICE* OF MELISSA M. HAULCOMB, JONAH B. HEEMSTRA, AND RACHEL A. GITOMER** <br><br> Document Filed Electronically |

I, Loly G. Tor, an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, declare and certify pursuant to Local Civil Rule 101.1(c) as follows:

1. I am a partner with the law firm of K&L Gates LLP, counsel for Cipla Limited and Cipla USA, Inc. I submit this Certification in support of the application of Cipla Limited and Cipla USA, Inc. for an order admitting Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq., as counsel *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

2. Attorney Haulcomb's accompanying certification sets forth her qualifications and demonstrates that she is a member in good standing of the bars of the following courts: United States District Court for the Northern District of Illinois; United States District Court for the Central District of Illinois; United States District Court for the Western District of Texas; United States Court of Appeals for the Federal Circuit; and the State of Illinois.

3. Attorney Heemstra's accompanying certification sets forth his qualifications and demonstrates that he is a member in good standing of the bars of the following courts: United States District Court for the Northern District of Illinois; United States District Court for the Central District of Illinois; United States Court of Appeals for the Federal Circuit; and the State of Illinois.

4. Attorney Gitomer's accompanying certification sets forth her qualifications and demonstrates that she is a member in good standing of the bars of the following court: the State of Texas.

5. Counsel for all parties consent to *pro hac vice* admission of Attorneys Haulcomb, Heemstra, and Gitomer in this litigation.

6. Attorneys Haulcomb, Heemstra, and Gitomer understand that only counsel of record and an attorney admitted to practice before this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders and must accept service of all papers served.

7. Attorneys Haulcomb, Heemstra, and Gitomer understand their respective obligations to make an annual payment to the New Jersey Lawyers' Fund for Client Protection, to make a one-time payment of $250.00 to the Clerk of the United States District Court, to strictly adhere to the dates fixed for all proceedings in this action and to be bound by the Local Civil Rules, in particular the rules relating to Judicial Ethics and Professional Responsibility and Discipline of attorneys.

8. If the Court grants this request for *pro hac vice* admission, either I or another attorney associated with K&L Gates LLP that is admitted to practice before this Court will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 26, 2024      By:     s/ *Loly G. Tor*
                                      Loly G. Tor