Loly Tor (loly.tor@klgates.com)
**K&L Gates LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

Anil H. Patel (anil.patel@klgates.com)
(pro hac vice)
**K&L Gates LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Harold Storey
(harold.storey@klgates.com)
(pro hac vice)
Elizabeth J. Weiskopf
(elizabeth.weiskopf@klgates.com)
(pro hac vice)
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED and CIPLA USA, INC., <br><br> Defendants. | Civil Action No. 24-909 (SRC)(MAH) (consolidated) <br><br> Civil Action No. 24-5856 (SRC)(MAH) <br><br> Civil Action No. 24-7162 (SRC)(MAH) <br><br> Hon. Stanley R. Chesler, U.S.D.J. <br> Hon. Michael A. Hammer, U.S.M.J. <br><br> **ORDER ADMITTING MELISSA M. HAULCOMB, JONAH B. HEEMSTRA, AND RACHEL A. GITOMER** *PRO HAC VICE* <br><br> Document Filed Electronically |

**THIS MATTER**, having been brought before the Court upon the application of K&L Gates LLP, counsel for Defendants Cipla Limited and Cipla USA, Inc., in the above-captioned matter, for admission *pro hac vice* of Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq., counsel for all parties having consented to the admission *pro hac vice* of Attorneys Haulcomb, Heemstra, and Gitomer, and upon good cause appearing;

**IT IS**, on this_____day of_____, 2024, hereby

**ORDERED** that the application is granted, and Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq., are hereby admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate with the law firm of K&L Gates LLP, attorneys of record for Cipla Limited and Cipla USA, Inc. who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq., shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq., pursuant to Local Civil Rule 101.1(c)(3), shall each make a payment of $250.00 to the Clerk of the Court; and it is further

**ORDERED** that Melissa M. Haulcomb, Esq., Jonah B. Heemstra, Esq., and Rachel A. Gitomer, Esq., shall be bound by the Rules of the United States District Court for the District of

New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, <u>Judicial Ethics, and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 12/4/24