

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 5, 2024

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    ***Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc.,
et al.,* Civil Action No: 2:24-cv-00909 (SRC-MAH) (Consolidated)**

***Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc.,
et al.,* Civil Action No: 2:24-cv-05856 (SRC-MAH)**

***Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc.,
et al.,* Civil Action No: 2:24-cv-07162  (SRC-MAH)**

Dear Judge Hammer:

This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded
Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in the
above-captioned consolidated matter.

On behalf of all parties, we write to respectfully request that the schedule in this case be
extended as indicated below.

| Event | ~~Current Deadline~~ | ~~Proposed~~ Deadline |
|---|---|---|
| Deadline to serve RFPs | ~~December 13, 2024~~ | January 31, 2025 |
| Plaintiffs' infringement contentions and responses to invalidity contentions (L. Pat. R. 3.2 and 3.4A(e)) | ~~January 10, 2025~~ | January 17, 2025 |
| Deadline to serve Interrogatories and Requests for Admission | ~~January 13, 2025~~ | January 31, 2025 |
| Exchange of proposed terms for construction (L. Pat. R. 4.1(a)) | ~~January 15, 2025~~ | January 22, 2025 |

| | | |
|---|---|---|
| Exchange of preliminary claim constructions and identify any intrinsic and extrinsic evidence (L. Pat. R. 4.2(c)) | ~~January 27, 2025~~ | February 5, 2025 |
| Meet and confer to narrow claim construction issues (L. Pat. R. 4.2(d)) | ~~February 3, 2025~~ | February 12, 2025 |

Should the Court find the above schedule acceptable, the parties request that Your Honor "So Order" this letter. As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All counsel of record (via ECF and Email)

SO ORDERED

*s/Michael A. Hammer*

Michael A. Hammer, U.S.M.J.

Date: 12-12-24