

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 20, 2024

**VIA ECF**
Hon. Michael A. Hammer, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Cipla USA, Inc., et al.,* Civil Action No: 2:24-cv-00909 (SRC-MAH) (Consolidated)

Dear Judge Hammer:

    This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. in connection with the above-referenced matter. Pursuant to Your Honor's preferences with respect to *pro hac vice* admissions, enclosed please find an application for the admission of Chase Harris of the law firm Williams & Connolly LLP *pro hac vice* in this matter. Defendants, through counsel, consent to this application.

    The following documents are enclosed in support of the application:

- Certification of Chase Harris;
- Supporting Certification of Liza M. Walsh; and
- Proposed Consent Order.

    Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered.

    We thank the Court for its attention to this matter. Should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

                                    Respectfully submitted,

                                    *s/Liza M. Walsh*

                                    Liza M. Walsh

Encl.
cc:    All Counsel of Record (via ECF and Email)