Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs Teva Branded*
*Pharmaceutical Products R&D, Inc. and*
*Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated)<br><br>**CERTIFICATION OF**<br>**LIZA M. WALSH**<br><br>*Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in connection with the above-captioned action. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Teva's application for the *pro hac vice* admission of Chase Harris of the law firm Williams & Connolly LLP, in this matter pursuant to Local Civil Rule 101.1(c).

3. Chase Harris is an associate of the firm Williams & Connolly LLP. Mr. Harris is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Chase Harris filed simultaneously with these papers.

4. I am confident that Chase Harris is fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and he has advised me that he will abide by those Rules. I have agreed to work with Chase Harris in this action.

5. I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleague and will ensure that Chase Harris will comply with Local Rule 101.1(c) should this application be granted.

6. I further agree that I, or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

7. Defendants, through counsel, have consented to the *pro hac vice* admission of Chase Harris.

8. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Chase Harris to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify that the foregoing statements by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements by me are willingly false, that I am subject to punishment.

Dated:  December 20, 2024

          s/*Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.*