Liza M. Walsh
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated) <br><br> **CERTIFICATION OF CHASE HARRIS IN SUPPORT OF *PRO HAC VICE* ADMISSION** <br><br> *Filed Electronically* |

I, Chase Harris, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the District of Columbia, to the Bar of the State of Tennessee, and to the Bar of the State of Florida. I am an associate of the firm Williams & Connolly LLP, attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of Tennessee in 2022, to the Bar of the State of Florida in 2023, and to the Bar of the District of Columbia in 2023, and am a member in good standing.

3. I was also admitted to practice and am a member in good standing of the United States District Court for the Western District of Michigan (admitted in 2023); and the U.S. Patent and Trademark Office (admitted as a Patent Agent in 2021 and as a Patent Attorney in 2023).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars and Courts in which I am admitted are as follows:

District of Columbia Court of Appeals
Committee on Admissions/COS
430 E Street N.W., Room 123
Washington, DC 20001

Board of Professional Responsibility of the
Supreme Court of Tennessee
10 Cadillac Dr., Suite 220
Brentwood, TN 37027

Florida Board of Bar Examiners
1891 Eider Ct
Tallahassee, FL 32308

United States District Court for the
Western District of Michigan
Clerk's Office
399 Federal Bldg., 110 Michigan St NW
Grand Rapids, MI 49503

U.S. Patent and Trademark Office
Mail Stop OED
P.O. Box 1450
Alexandria, Virginia 22313

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by my co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all Court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 19, 2024

_____
Chase Harris