# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Civil Action No. 2:24-cv-00909 (SRC-MAH) (Consolidated)<br><br>**CONSENT ORDER GRANTING ADMISSION *PRO HAC VICE***<br><br>*Filed Electronically* |

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva"), upon application for the entry of an Order admitting Chase Harris of the law firm Williams & Connolly LLP, *pro hac vice*; and Defendants Cipla USA, Inc. and Cipla Ltd., through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Teva's application for the *pro hac vice* admission of Chase Harris is hereby **GRANTED**; and it is further

**ORDERED** that Chase Harris is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Teva in this matter; and it is further

**ORDERED** that Chase Harris shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Chase Harris shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Chase Harris shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Chase Harris shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED**.

_____
**HON. MICHAEL A. HAMMER, U.S.M.J.**