Liza M. Walsh
Selina M. Ellis
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL, PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Case 2:24-909 (SRC)(MAH) (consolidated) <br> Case 2:24-5856 (SRC)(MAH) <br> Case 2:24-7162 (SRC)(MAH) |
| TEVA BRANDED PHARMACEUTICAL, PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Case 2:24-9691 (SRC)(MAH) |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. ("Norton") (collectively, "Teva") and Defendants Cipla USA, Inc. and Cipla Ltd. (collectively, "Cipla"), by their undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 16, 2024, May 6, 2024, and June 21, 2024, Teva filed three Hatch-Waxman patent-infringement actions against Cipla related to Cipla's Beclomethasone Dipropionate HFA Inhalation Aerosol, 40 mcg (Breath-Actuated) product ("Cipla's 40 mcg Product"). *See* C.A. No. 24-909 (SRC)(MAH), D.I. 1; C.A. No. 24-5856 (SRC)(MAH), D.I. 1; C.A. No. 24-7162 (SRC)(MAH), D.I. 1.

WHEREAS, on June 13, 2024, the Court consolidated the two existing actions involving Cipla's 40 mcg Product with a third action involving that product into Civil Action No. 24-909 (SRC)(MAH) (the "40 mcg Action"). *See* C.A. No. 24-909, D.I. 13.

WHEREAS, on October 9, 2024, Teva filed an additional Hatch-Waxman action (the "80 mcg Action") related to Cipla's Beclomethasone Dipropionate HFA Inhalation Aerosol, 80 mcg (Breath-Actuated) product . *See* C.A. No. 24-9691 (SRC)(MAH), D.I. 1.

WHEREAS, on January 14, 2025, the Court scheduled the initial pretrial conference in the 80 mcg Action for February 13, 2025.

WHEREAS, the parties respectfully submit that Court and party resources would be most effectively conserved by consolidating the 40 mcg and 80 mcg Actions.

NOW THEREFORE, Teva and Cipla hereby stipulate and agree, subject to the approval of the Court, as follows:

1.      To conserve judicial resources, Teva and Cipla agree to consolidate the 40 mcg Action with the 80 mcg Action, with the 40 mcg Action serving as the lead case, for all purposes, including discovery, case management, and trial, subject to further order of the Court.

2.      Cipla agrees to treat Plaintiffs' requests for discovery regarding "Cipla's ANDA Products" as encompassing both Cipla's Beclomethasone Dipropionate Inhalation Aerosol, 40 mcg and Cipla's Beclomethasone Dipropionate Inhalation Aerosol, 80 mcg.

3.      Plaintiffs agree to treat Cipla's discovery requests concerning "Cipla's ANDA" and as encompassing both ANDA No. 219000 and ANDA No. 219774.

4.      Plaintiffs agree to treat Cipla's discovery request concerning Plaintiffs' QVAR® RediHaler® product to encompass the 40 mcg and 80 mcg strengths.

5.      The parties agree that their Disclosures under the Local Rules that have been served, including Local Patent Rules 3.1, 3.2. 3.2A, 3.3, 3.4, 3.4A, and 3.6 apply to both Cipla's Beclomethasone Dipropionate Inhalation Aerosol, 40 mcg and Cipla's Beclomethasone Dipropionate Inhalation Aerosol, 80 mcg.

6.      The parties agree and stipulate to the proposed consolidated schedule for the 24-9691 Action and the 40 mcg Actions attached hereto as Exhibit A, which amends the current Scheduling Order in the 40 mcg Actions set forth by the Court on August 13, 2024 (C.A. No. 24-909, D.I. 38), amended by the Court on August 26, 2024 (C.A. No. 24-909, D.I. 42), amended by Joint Stipulation on October 30, 2024 (C.A. No. 24-909, D.I. 50), and amended by Joint Stipulation on December 12, 2024 (C.A. No. 24-909, D.I. 55).

Respectfully submitted,

Dated: January 22, 2025

**WALSH PIZZI O'REILLY FALANGA LLP**

s/*Liza M. Walsh*

OF COUNSEL:
David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
Richard Hildreth III
Chase Harris
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue S.W.
Washington, DC 20024
Tel: (202) 434-5000
dberl@wc.com
bgreenblum@wc.com
ebaumgarten@wc.com
kkayali@wc.com
bpicozzi@wc.com
rleyva@wc.com
rhildreth@wc.com
charris@wc.com

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.*

Liza M. Walsh
Selina M. Ellis
Christine P. Clark
**WALSH PIZZI O'REILLY FALANGA LLP**
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100
lwalsh@walsh.law
sellis@walsh.law
cclark@walsh.law

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.*

**K&L GATES LLP**

s/*Loly G. Tor*

Loly G. Tor (loly.tor@klgates.com)
**K&L GATES LLP**
One Newark Center, 10th Floor Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

*Attorneys for Defendants Cipla USA, Inc. and Cipla Ltd.*

**SO ORDERED.**

_____
Hon. Michael A. Hammer, U.S.M.J.

**Exhibit A**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Cipla serves list of additional documents from Cipla's 80 mcg ANDA that it intends to rely upon to support its non-infringement contentions | N/A | January 27, 2025 |
| Plaintiffs serve list of additional documents from Cipla's 80 mcg ANDA that they intend to rely upon to support their infringement contentions | N/A | February 3, 2025 |
| Exchange of proposed terms for construction (L. Pat. R. 4.1(a)) | January 22, 2025 | February 10, 2025 |
| Deadline to serve Requests for Production | January 31, 2025 | April 18, 2025 |
| Deadline to serve Interrogatories and Requests for Admission | January 31, 2025 | April 18, 2025 |
| Exchange of preliminary claim constructions and identify any intrinsic and extrinsic evidence (L. Pat. R. 4.2(c)) | February 5, 2025 | February 19, 2025 |
| Meet and confer to narrow claim construction issues (L. Pat. R. 4.2(d)) | February 12, 2025 | February 26, 2025 |
| Joint Claim Construction and Prehearing Statement | January 29, 2025 | March 4, 2025 |
| Deadline to complete non-expert claim-construction discovery | February 19, 2025 | March 5, 2025 |
| Opening *Markman* briefs | March 5, 2025 | March 19, 2025 |

| Expert discovery regarding *Markman* issues | March 19, 2025 | April 4, 2025 |
|---|---|---|
| Deadline for raising discovery disputes | March 31, 2025 | May 30, 2025 |
| Responsive *Markman* briefs | April 9, 2025 | April 23, 2025 |
| Parties meet and confer on a proposed schedule for *Markman* hearing and submit proposal to Court | April 11, 2025 | April 25, 2025 |
| Substantial completion of document production | May 2, 2025 | April 11, 2025 |
| Deadline for adding parties/amending pleadings | May 9, 2025 | May 23, 2025 |
| Fact discovery deadline | June 27, 2025 | July 11, 2025 |
| Opening expert reports due | August 1, 2025 | August 22, 2025 |
| Responsive expert reports due | September 19, 2025 | October 17, 2025 |
| Reply expert reports due | October 17, 2025 | November 14, 2025 |
| Expert discovery deadline | November 14, 2025 | December 12, 2025 |
| Final Pretrial Order delivered to Chambers | December 19, 2025 | January 16, 2026 |
| Final pretrial conference | January 5, 2026 | February 2, 2026 |
| 40 mcg 30-month stay expires | July 5, 2026 | July 5, 2026 |
| 80 mcg 30-month stay expires | March 13, 2027 | March 13, 2027 |