| | |
|---|---|
| Loly Tor (loly.tor@klgates.com) **K&L Gates LLP** One Newark Center, 10th Floor Newark, NJ 07102 (T) 973.848.4026 (F) 973.848.4001 | Anil H. Patel (anil.patel@klgates.com) (pro hac vice) Rachel A. Gitomer (rachel.gitomer@klgates.com) (pro hac vice) **K&L Gates LLP** 609 Main Street, Suite 4150 Houston, TX 77002 (T) 713.815.7300 (F) 713.815.7301 |
| Melissa M. Haulcomb (melissa.haulcomb@klgates.com) (pro hac vice) Jonah B. Heemstra (jonah.heemstra@klgates.com) (pro hac vice) **K&L Gates LLP** 70 West Madison Street, Suite 3100 Chicago, IL 60602 (T) 312.373.1121 (F) 312.827.8000 | Harold Storey (harold.storey@klgates.com) (pro hac vice) Elizabeth J. Weiskopf (elizabeth.weiskopf@klgates.com) (pro hac vice) **K&L Gates LLP** 925 Fourth Avenue, Suite 2900 Seattle, WA 98104 (T) 206.623.7580 (F) 206.623.7022 |

*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED and CIPLA USA, INC., <br><br> Defendants. | Civil Action No. 24-909 (SRC)(MAH) (consolidated) <br><br> Civil Action No. 24-5856 (SRC)(MAH) <br><br> Civil Action No. 24-7162 (SRC)(MAH) <br><br> **NOTICE OF WITHDRAWAL** |

To:   Melissa E. Rhoads, Clerk
      United States District Court for the District of New Jersey
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Jonah B. Heemstra hereby withdraws as counsel of record for Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla"). All other attorneys currently listed as counsel of record for Cipla shall remain as counsel of record and future correspondence and papers in this action should continue to be directed to them. Mr. Heemstra's withdrawal will not materially affect Cipla's interests or interfere with these proceedings. Mr. Heemstra also requests that he be removed from the Court's Notice of Electronic Filing and all other service lists in this matter.

Dated: January 24, 2025

By: *s/ Loly G. Tor*

Loly G. Tor (loly.tor@klgates.com)
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

*Of Counsel*:

Anil H. Patel (anil.patel@klgates.com)
(*pro hac vice*)
Rachel A. Gitomer
(rachel.gitomer@klgates.com)
(*pro hac vice*)
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Harold Storey (harold.storey@klgates.com)
(*pro hac vice*)
Elizabeth Weiskopf
(elizabeth.weiskopf@klgates.com)
(*pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

(T) 206.623.7580
(F) 206.623.7022

Melissa M. Haulcomb
(melissa.haulcomb@klgates.com)
(*pro hac vice*)
Jonah B. Heemstra
(jonah.heemstra@klgates.com)
(*pro hac vice*)
**K&L GATES LLP**
(T) 312.373.1121
(F) 312.827.8000

*Attorneys for Defendants/Counterclaim-Plaintiffs Cipla Ltd. and Cipla USA Inc.*

508939284.1