Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, and Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL, PRODUCTS R&D LLC, and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Case 2:24-909 (SRC)(MAH) (consolidated) <br><br> Case 2:24-5856 (SRC)(MAH) <br><br> Case 2:24-7162 (SRC)(MAH) <br><br> Case 2:24-9691 (SRC) (MAH) |

**NOTICE OF CHANGE OF NAME AND REQUEST**
**TO UPDATE PARTY'S NAME ON DOCKET**

**TO: THE COURT, THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, effective December 31, 2024, Plaintiff Teva Branded Pharmaceutical Products R&D, Inc. has changed its name to Plaintiff Teva Branded Pharmaceutical Products R&D LLC.

Accordingly, Plaintiff Teva Branded Pharmaceutical Products R&D LLC, respectfully requests that the Clerk of the Court update the docket to reflect that name change.

1

Please take further notice that a supplemental Corporate Disclosure Statement is being filed along with this Notice of Change of Name.


Dated: February 11, 2025

OF COUNSEL:

David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
Richard Hildreth III
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000

/s/ Liza M. Walsh
Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, and Norton (Waterford) Ltd.*