Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, and Norton (Waterford) Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL, PRODUCTS R&D LLC, and NORTON (WATERFORD) LTD.,<br><br>Plaintiffs,<br>v.<br><br>CIPLA USA, INC. and CIPLA LTD.,<br><br>Defendants. | Case 2:24-909 (SRC)(MAH) (consolidated)<br><br>Case 2:24-5856 (SRC)(MAH)<br><br>Case 2:24-7162 (SRC)(MAH)<br><br>Case 2:24-9691 (SRC) (MAH) |

**PLAINTIFFS' SUPPLEMENTAL RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Teva Branded Pharmaceutical Products R&D LLC ("Teva Branded"), and Norton (Waterford) Ltd. ("Norton") submit this supplemental corporate disclosure statement following Teva Branded's recent name change.

1.    Teva Branded is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), which is a publicly-traded company. Teva Ltd. is the only publicly-traded company that owns 10% or more of Teva Branded.

2. Norton is a private limited company trading, *i.e.*, doing business, as Ivax Pharmaceuticals Ireland and as Teva Pharmaceuticals Ireland (Company No. 100363). Norton is an indirect wholly-owned subsidiary of Teva Ltd., which is a publicly-traded company. Teva Ltd. is the only publicly-traded company that owns 10% or more of Norton.


Dated: February 11, 2025

OF COUNSEL:

David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
Richard Hildreth III
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000

/s/ Liza M. Walsh
Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., and Norton (Waterford) Ltd.*