IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMA-CEUTICAL PRODUCTS R&D LLC, and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA USA, INC. and CIPLA LTD., <br><br> Defendants. | Civil Action No. 24-909 (SRC)(MAH) (consolidated) <br><br> Civil Action No. 24-5856 (SRC)(MAH) <br><br> Civil Action No. 24-7162 (SRC)(MAH) <br><br> Civil Action No. 24-9691 (SRC)(MAH) |

## ORDER -CLOSED

Upon the joint application of Plaintiffs Teva Branded Pharmaceutical Products R&D LLC and Norton (Waterford) Ltd. and Defendants Cipla USA, Inc. and Cipla Ltd. for a Consent Order of Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), the parties having consented thereto:

IT IS this 18th   day SEPTEMBER of    2025, ORDERED, ADJUDGED, and DE- CREED as follows:

1.  All claims, defenses, and counterclaims asserted by the parties in Civil Action Nos. 24-909, 24-5856, 24-7162, and 24-9691 are dismissed without prejudice.

2.  Each party shall bear its own costs.

Dated: September 17, 2025

OF COUNSEL:
David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D LLC and Norton (Waterford) Ltd.*

OF COUNSEL:

Anil H. Patel (anil.patel@klgates.com)
(*pro hac vice*)
Rachel A. Gitomer
(rachel.gitomer@klgates.com)
(*pro hac vice*)
K&L GATES LLP
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Harold Storey (harold.storey@klgates.com)
(*pro hac vice*)
Elizabeth Weiskopf

WALSH PIZZI O'REILLY FALANGA LLP

*s/Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D LLC and Norton (Waterford) Ltd.*

K&L GATES LLP

*s/Loly G. Tor*
Loly G. Tor
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4026
(F) 973.848.4001

*Attorneys for Defendants Cipla USA, Inc. and Cipla Ltd.*

2

(elizabeth.weiskopf@klgates.com)
(*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

Melissa M. Haulcomb
(melissa.haulcomb@klgates.com)
(*pro hac vice*)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
(T) 312.373.1121
(F) 312.827.8000

*Attorneys for Defendants/Counterclaim-Plaintiffs Cipla Ltd. and Cipla USA, Inc.*

**SO ORDERED:**

This 18<u>TH</u> day of <u>SEPTEMBER</u>, 2025.

                                s/Stanley R. Chesler, U. S. D. J.
                                HON. STANLEY R. CHESLER
                                 UNITED STATES DISTRICT JUDGE